IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DANIEL LOURIM,                          )
                                        )    2:11-cv-00285-GEB-KJN
            Plaintiff,                  )
                                        )
       v.                               )    ORDER GRANTING PLAINTIFF
                                        )    LEAVE TO FILE SECOND AMENDED
JP MORGAN CHASE BANK, N.A., an          )    COMPLAINT, DENYING
acquirer of certain assets and          )    DEFENDANTS' PENDING MOTION TO
liabilities of Washington Mutual        )    DISMISS, AND REMANDING CASE*
Bank from the Federal Deposit           )
Insurance Corporation acting as         )
receiver; MARK SHELTON; GEORGE          )
SANDERS and DOES 1-20 inclusive.        )
                                        )
            Defendants.                 )
_____        )
```

Plaintiff moves for leave to file a Second Amended Complaint under Federal Rule of Civil Procedure 15(a)(2), and to remand this case to the state court from which it was removed. Plaintiff's proposed Second Amended Complaint, which is attached to his motion, removes the sole federal claim which was the basis for federal question removal jurisdiction.

Defendants oppose the motion, arguing it "is nothing but Plaintiff's bad faith attempt to circumvent the Court's jurisdiction and prevent the Court from ruling on the merits of Defendants' [pending] Motion to Dismiss[;]" and, they "will be forced to continue litigating Plaintiff's meritless claims in state court." (Opp'n to Mot. to Am.

---

    *    This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1

1  Compl. 3:7-11). However, these arguments are unpersuasive since
2  Defendants have not provided sufficient reason for preventing Plaintiff
3  from abandoning his federal claim so he can litigate his case in state
4  court. See Baddie v. Berkeley Farms, Inc., 64 F.3d 487, 491 (9th Cir.
5  1995).

6  Therefore, Plaintiff's motion for leave to file a Second Amended Complaint is granted, and the amended complaint attached to Plaintiff's motion is deemed filed on the same date on which this order is filed. Therefore, Defendants' pending motion to dismiss Plaintiff's First Amended Complaint is denied as moot, and this case is remanded to the Superior Court of California in the County of Sacramento from which it was removed.

Dated:  March 29, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge